UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL VELA. | No. 2:24-cv-2535-DJC-CKD (PS) |
| Plaintiff, | |
| v. | ORDER |
| AMADOR COUNTY, et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On December 16, 2024, the Magistrate Judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not objected to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a review of this matter. The Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 16, 2024 (ECF No. 6), are adopted in full.

1

2. This action is dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 17, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

8, vela24cv2535.jo.fta

2